## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROVI CORPORATION, ROVI GUIDES, INC. (F/K/A GEMSTAR-TV GUIDE INTERNATIONAL INC.), UNITED VIDEO PROPERTIES, INC., and INDEX SYSTEMS, INC.,<br><br>**Plaintiffs**<br><br>v.<br><br>TOSHIBA CORPORATION, TOSHIBA AMERICA, INC., TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C., and TOSHIBA AMERICA INFORMATION SYSTEMS, INC.,<br><br>**Defendants.** | § § § § § § § § § § § § § § § § § | Civil Action No. 10-931-JBS |

## STIPULATION OF DISMISSAL

The parties hereto, through their undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate to dismissal with prejudice of this entire suit, including all of the claims asserted by all parties in this action, each party to bear its own costs, expenses and attorneys' fees.


*/s/ Francis DiGiovanni*

Francis DiGiovanni (#3189)
Chad S.C. Stover (#4919)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
fdigiovanni@cblh.com
cstover@cblh.com

*Attorneys for Plaintiffs*


Dated: July 6, 2011

*/s/ Steven J. Balick*

Steven J. Balick (#2114)
Tiffany Geyer Lydon (#3950)
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Defendants*